UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR917-LAB |
| Plaintiff | ) | CRIMINAL NO. 08mj880 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Saul VARGAS-PEREZ, Et Al | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

KAROL ALVARADO - VALENCIA

DATED: 4/3/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE
**Leo S. Papas**

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062